UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDWARD HARRY CONSTABLE,

Petitioner,

v.

WARDEN, CALIFORNIA SUBSTANCE ABUSE TREATMENT FACILITY,

Respondent.

No.  2:25-cv-3202 CKD P

ORDER

Petitioner is a state prisoner proceeding pro se.  He filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 together with a request to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  Good cause appearing, the request to proceed in forma pauperis will be granted.

The petition for writ of habeas corpus is not signed by petitioner.  Parties proceeding without counsel are required to sign all pleadings, motions, and other papers submitted to the court for filing.  Fed. R. Civ. P. 11(a).  Thus, the court is unable to consider the petition unless petitioner signs and re-files the petition.

/////

/////

/////

/////

1

Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's application to proceed in forma pauperis (ECF No. 2) is GRANTED;

2. The Clerk of the Court is directed to send petitioner the court's form application for a writ of habeas corpus.

3. Within thirty days from the date of this order, petitioner shall file a signed amended petition for writ of habeas corpus.  Failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

Dated:  February 23, 2026

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/cons3202r11.hc

2